UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

GULF DRIVE PROPERTIES, LLC,
    Plaintiff,

vs.                                      Case No.: 5:21cv191/TKW/MJF

FINISH LINE CONSTRUCTION
MANAGEMENT, LLC,
    Defendant.
_____/

## **ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 8). No objections were filed. Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be remanded to state court because the Court lacks subject-matter jurisdiction. Accordingly, it is

**ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This case is **REMANDED** to the County Court in and for Bay County, Florida.

3. The Clerk shall close the case file.

**DONE and ORDERED** this 6th day of December, 2021.

*T. Kent Wetherell, II*

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**